ACCEPTED
14-14-00635-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
9/22/2015 1:54:47 PM
CHRISTOPHER PRINE
CLERK

## TAYLOR, TAYLOR & RUSSELL

### ATTORNEYS AT LAW

MELLIE ESPERSON BUILDING
815 WALKER, SUITE 250
HOUSTON, TEXAS 77002
TELEPHONE (713) 615-6060
FACSIMILE (713) 615-6070

www.taylaw.com

WARREN TAYLOR*
BETH McCAHILL TAYLOR
ALLEN D. RUSSELL
STEPHEN T. LISS

*BOARD CERTIFIED-CIVIL TRIAL LAW
AND PERSONAL INJURY TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
9/22/2015 1:54:47 PM
CHRISTOPHER A. PRINE
Clerk

September, 22, 2015

Christopher A. Prine
Court Clerk
Fourteenth Court of Appeals
301 Fannin, Suite 245
Houston, Texas 77002

Re:  No. 14-14-00635-CV; *Guardian Transfer & Storage, Inc., Et Al. vs. Eric Behrndt, Et Al.;* In The Court Of Appeals For The Fourteenth District Of Texas at Houston, Texas.

Dear Mr. Prine:

Please be advised that the undersigned, Warren Taylor, will be presenting oral argument tomorrow.

Very truly yours,

TAYLOR, TAYLOR & RUSSELL

Warren Taylor